UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUIS MORALES,

                    Petitioner,

-against-

IMMIGRATION AND NATURALIZATION
SERVICE,

                    Respondent.
-----------------------------------------------------------------X

JUDGMENT
01-CV-5507 (ARR)

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on August 18, 2005, declining to transfer petitioner's motion to the United States Court of Appeals for the Second Circuit; and dismissing the motion; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that judgment is hereby entered declining to transfer petitioner's motion to the United States Court of Appeals for the Second Circuit; and that the action is dismissed.

Dated: Brooklyn, New York
        August 18, 2005

                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court